# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Corbit, Frederick P. | Bankruptcy Court - WA | 01/10/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - Active | ☐ Nomination  Date <br> ✔ Initial  ☐ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

PO Box 2164
Spokane, WA 99210-2164

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 01/10/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Northwest Justice Project - Salary | $84,823.83 |
| 2. | 2011 | Seattle University - Salary | $4,800.00 |
| 3. | 2012 | Northwest Justice Project - Salary | $86,008.08 |
| 4. | 2013 | Northwest Justice Project - Salary | $81,483.79 |
| 5. | 2013 | Seattle University - Salary | $4,800.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Seattle School District - Salary |
| 2. | 2013 | Seattle School District - Salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Corbit, Frederick P.** | 01/10/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Unsecured line of credit | K |
| 2. U.S. Bank | Unsecured line of credit | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 01/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   WELLS FARGO BROKERAGE ACCOUNT(H) | | | | | Exempt | | | | |
| 2.   Wells Fargo Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 3.   Cashmere Valley Financial Corp (CVYF) (Y) | D | Dividend | | | | | | | |
| 4.   Columbia Intermediate Municipal Bond Fund (LITAX)(Y) | A | Dividend | | | | | | | |
| 5.   BlackRock Muni Intermediate Duration Fund Inc (MUI) (Y) | C | Dividend | | | | | | | |
| 6.   Nuveen Municipal Opportunity Fund Inc. (NIO) (Y) | C | Dividend | | | | | | | |
| 7.   Eaton Vance Tax-Advantaged Global Divid Opps Inc Fd (ETO)(Y) | B | Dividend | | | | | | | |
| 8.   John Hancock Tax-Advantaged Dividend Income Fund (HTD)(Y) | B | Dividend | | | | | | | |
| 9.   Cashmere Valley Bank Wash New (CSHX) | | None | N | T | | | | | |
| 10.   Aberdeen Fds Global Small Cap Fd Cl Instl (ABNIX) | A | Dividend | J | T | | | | | |
| 11.   Allianzgi Income & Growth Fd Cl P (AIGPX) | A | Dividend | J | T | | | | | |
| 12.   Franklin Managed Tr Rising Divids Fd Advisor CL (FRDAX) | A | Dividend | J | T | | | | | |
| 13.   John Hancock Funds III Disciplined Value Mid Cap Fd (JVMIX) | A | Dividend | J | T | | | | | |
| 14.   Mainstay Fds Tr Epoch Global Equity Yield Fd (EPSYX) | A | Dividend | J | T | | | | | |
| 15.   Mainstay Fds Tr Marketfield Fd Cl I (MFLDX) | A | Dividend | J | T | | | | | |
| 16.   ING Large Cap Value Fd Class I (IEDIX) | A | Dividend | J | T | | | | | |
| 17.   IVY Science & Technology Fund Cl I (ISTIX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 01/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Templeton Income Tr Global Bd Fd Advisor Cl (TGBAX) | A | Dividend | J | T | | | | | |
| 19.   Thornburg Inv Tr Developing World Fd Instl Cl I (THDIX) | A | Dividend | J | T | | | | | |
| 20.   WELLS FARGO BENEFICIARY IRA | C | Int./Div. | K | T | | | | | |
| 21.   Wells Fargo Bank Deposit Sweep | | | | | | | | | |
| 22.   Brookfield Global Listed Infra Income Fund (INF) (Y) | | | | | | | | | |
| 23.   Sandridge Mississippian Trust 1 (SDT) (Y) | | | | | | | | | |
| 24.   Integrity Williston Basin/Mid-Nrth America Stk (ICPAX) (Y) | | | | | | | | | |
| 25.   BlackRock Real Asset Equity Trust (BCF) (Y) | | | | | | | | | |
| 26.   Calamos Strategic Total Return Fund (CSQ) (Y) | | | | | | | | | |
| 27.   Eaton Vance Tax-Advantaged Dividend Income Fund (EVT) (Y) | | | | | | | | | |
| 28.   Gamco Global Gold Natural Resources & Income Trust (GGN) (Y) | | | | | | | | | |
| 29.   Nuveen Preferred Income Opportunities Fund (JPC) (Y) | | | | | | | | | |
| 30.   Aberdeen FDS Global Small Cap Fd Cl Instl (ABNIX) | | | | | | | | | |
| 31.   Allianz FDS Allianzgi Income & Growth Fd Cl P (AIGPX) | | | | | | | | | |
| 32.   Franklin Managed Tr Rising Divids Fd Advisor Cl (FRDAX) | | | | | | | | | |
| 33.   John Hancock Funds III Disciplined Value Mid Cap Fd (JVMIX) | | | | | | | | | |
| 34.   Mainstay FDS TR Epoch Global Equity Yield Fd Cl I (EPSYX) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 01/10/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mainstay FDS Tr Marketfield Fd Cl I (MFLDX) | | | | | | | | | |
| 36. ING Large Cap Value Fd Class I (IEDIX) | | | | | | | | | |
| 37. Ivy Science and Technology Fd Cl I (ISTIX) | | | | | | | | | |
| 38. Templeton Income Tr Global Bd Fd Advisor Cl (TGBAX) | | | | | | | | | |
| 39. Thornburg Inv Tr Developing world Fd Instl Cl I (THDIX) | | | | | | | | | |
| 40. NORTHWESTERN MUTUAL IRA | F | Int./Div. | P1 | T | | | | | |
| 41. Dreyfus Ins Deposit Program I (DIDI) | | | | | | | | | |
| 42. Russell Short Duration Bond Fund (RFBSX) | | | | | | | | | |
| 43. Russell Strategic Bond Fund Class I (RFCSX) | | | | | | | | | |
| 44. Russell Emerging Markets Fund CL S (REMSX) | | | | | | | | | |
| 45. Russell Global Real Estate Securities Fund Class S (RRESX) | | | | | | | | | |
| 46. Russell Commodity Strategies Fund Class S (RCCSX) | | | | | | | | | |
| 47. Russell Int'l Developed Markets Fund Class S (RINTX) | | | | | | | | | |
| 48. Russell US Small Cap Equity Fund Class S (RLESX) | | | | | | | | | |
| 49. Russell US Core Equity Fund Class S (RLISX) | | | | | | | | | |
| 50. NORTHWESTERN MUTUAL ROTH IRA | A | Int./Div. | J | T | | | | | |
| 51. General Money Market Fund Cl B (GMMB-R) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Calvert Short-Income Fund Class C (CDICX) | | | | | | | | | |
| 53. NORTHWESTERN MUTUAL IRA* | B | Int./Div. | L | T | | | | | |
| 54. Dreyfus Ins Deposit Program I (DIDI) | | | | | | | | | |
| 55. Russell Global Real Estate Securities Fund Class C (RRSCX) | | | | | | | | | |
| 56. Russell Emerging Markets Fund Class C (REMCX) | | | | | | | | | |
| 57. Russell Strategic Bond Fund Class C (RFCCX) | | | | | | | | | |
| 58. Russell Int'l Developed Markets Fund Class C (RLNCX) | | | | | | | | | |
| 59. Russell U.S. Small Cap Equity Fund Class C (RLECX) | | | | | | | | | |
| 60. Russell U.S. Defensive Equity Fund Class C (REQCX) | | | | | | | | | |
| 61. Russell U.S. Core Equity Fund Class C (REQSX) | | | | | | | | | |
| 62. NORTHWESTERN MUTUAL ROTH IRA* | A | Int./Div. | J | T | | | | | |
| 63. General Money Market Fund Cl B (GMMB-R) | | | | | | | | | |
| 64. Calvert Short-Income Fund Class C (CDICX) | | | | | | | | | |
| 65. OTHER ACCOUNTS (H) | | | | | | | | | |
| 66. Vanguard Balanced Index Fund Investor Shares (VBINX) | A | Dividend | K | T | | | | | |
| 67. Vanguard Windsor Fund Investor Shares (VWNDX) | A | Dividend | K | T | | | | | |
| 68. Mutual of America 403(b) Thrift (Y) | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 01/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Axa Equitable Equi-Vest Variable Annuity 403(b)* | B | Dividend | K | T | | | | | |
| 70. WA State Teachers' Retirement System (TRS Plan 3)* | B | Dividend | K | T | | | | | |
| 71. Northwestern Mutual Whole Life Insurance Policy | C | Dividend | J | T | | | | | |
| 72. Northwestern Mutual Whole Life Insurance Policy* | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Corbit, Frederick P. | 01/10/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frederick P. Corbit**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544